UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NOBLE INTERNATIONAL, LTD., :     No. 1:01-CV-00648
et al.,     :

     Plaintiffs,     :

     vs.     :     <u>ORDER OF TRANSFER</u>

BRATT ENTERPRISES, INC.,     :

     Defendant.     :

The above-captioned case is hereby transferred from the docket of The Honorable S. Arthur Spiegel to the docket of The Honorable Michael H. Watson.

SO ORDERED.

s/S. Arthur Spiegel
S. Arthur Spiegel
United States Senior District Judge


s/Michael H. Watson
Michael H. Watson
United States District Judge