**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **NOBLE INTERNATIONAL, LTD.,** *et al.*, | ) : | **CASE NO.: 1:01-CV-648** |
| Plaintiffs, | ) : | **Judge Watson** |
| v. | ) : | |
| **BRATT ENTERPRISES, INC.,** | ) : | **JOINT STATUS REPORT** |
| Defendant. | ) | |

This case is related to the Consolidated Cases of 1:99 CV 543 and 1:02 CV 621 and seeks confirmation of an arbitration award entered relating to certain claims in Case No. 1:99 CV 543 as the result of an Order referring those claims to arbitration. Plaintiff has always disputed that Order and appealed it to the Sixth Circuit Court of Appeals. The Sixth Circuit reversed the Order and remanded the claim for further fact finding on the issue of mutual mistake in Case No. 1:99 CV 543.

In order to avoid unnecessary litigation in this case, Judge Spiegel entered an agreed order on April 5, 2002, staying this action "pending final resolution of the original action C-1-99-543." By virtue of the Court of Appeals' decision, that action is still pending and is the subject of a separate status report being filed contemporaneously herewith. At this time the Parties agree that there is nothing that needs to be done with this case until plaintiff's claims in Case No. 1:99 CV 543 are finally resolved. This case should remain as it is currently, subject to the existing stay order and not on the active docket of the Court.

- 2 -

                                        Respectfully submitted,

Dated:  November 16, 2004

/s/ Robin E. Harvey
Robin E. Harvey (0014183)
Trial Attorney for Defendants
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 2650
Cincinnati, OH  45202-4074
Phone:  (513) 929-3409
Fax:  (513) 929-0303
E-mail:  rharvey@bakerlaw.com


/s/ John B. Pinney
John B. Pinney (0018173)
Trial Attorney for Plaintiff
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Phone:  (513) 629-2730
Fax:  (513) 651-3836
E-mail:  jpinney@graydon.com

BARRISTERS,  38209, 99002, 500683549.1, Joint Status Report - Bratt - Harvey version 2

540522.1