# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Noble International, Ltd.,

    Plaintiff,

        v.                                                                  Case No. 1:01cv648

Bratt Enterprises, Inc.,                                          Judge Michael R. Barrett

    Defendant.

## ORDER

On November 16, 2004, the parties filed a Joint Status Report (Doc. 10) pursuant to an order issued by the Honorable Judge Michael H. Watson after the above captioned matter was reassigned to him on October 1, 2004. This matter has subsequently been reassigned to the undersigned on June 26, 2006. According to the parties' status report, this matter cannot continue until plaintiff's claims in Case No. 1:99cv543 have been fully resolved. At last review, Case No. 1:99cv543 has been closed.

In order for the Court to edify itself, the parties shall file a joint status report on or before September 15, 2006.

**IT IS SO ORDERED.**

                                                *S/Michael R. Barrett*
                                               Michael R. Barrett, Judge
                                               United States District Court