**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Noble International, Ltd.,

    Plaintiff,

          v.                                                       Case No. 1:01cv648

Bratt Enterprises, Inc.,                                    Judge Michael R. Barrett

    Defendant.

**ORDER**

On September 1, 2006, the Court issued an Order requiring that the parties file a joint status report in the above-captioned matter. To date, no report has been filed.

The parties are hereby Ordered to file a joint status report no later than October 6, 2006 or subject this matter to be dismissed.

    **IT IS SO ORDERED.**

                                        *S/Michael R. Barrett*
                                        Michael R. Barrett, Judge
                                        United States District Court

J:\Barbara\Civil\Notices by Case Number\2001\01-648 report.wpd