# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Noble International, Ltd.,

    Plaintiff,

        v.                               Case No. 1:01cv648

Bratt Enterprises, Inc.,               Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by the Plaintiff, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

**IT IS SO ORDERED.**

                                            *S/Michael R. Barrett*

bac    October 11, 2006                     Michael R. Barrett, Judge
                                              United States District Court